**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7633**

ANDREA BETHEA; DEBORAH HUBBARD,

                                    Plaintiffs - Appellants,

        versus

MARY SCOTT, Warden; RICHARD CANNON, Deputy
Warden; AUBREY MOORE, Deputy Warden; LAURIE
TAMKIN, Librarian; DOUG CATOE, Acting
Commissioner,

                                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Falcon B. Hawkins, Chief District
Judge.  (CA-95-1892-2-1AJ)

Submitted:  January 11, 1996        Decided:  January 25, 1996

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrea Bethea, Deborah Hubbard, Appellants Pro Se.  Joseph Crouch
Coleman, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bethea v. Scott</u>, No. CA-95-1892-2-1AJ (D.S.C. Sept. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>